**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:11cr336**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **ANTONIO MOSLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

  **THIS MATTER** is before the court on defendant's *pro se* "Motion to Dismiss Improperly Enhanced Through Designation as a Arm Career Criminal"(#17) (errors in the original) and Motion to Designate Medical Facility (#18).  Review of the pleadings reveals that defendant is being well represented by C. Melissa Owen, a very experienced lawyer.  Such motions will, therefore, be denied as defendant is represented by counsel.  L.Cr.R. 47.1(H)

  Defendant is advised that such un-counseled filings may be detrimental to his legal interests and that any concerns he may have should be directed to his attorney.

**ORDER**

  **IT IS, THEREFORE, ORDERED** that defendant's *pro se* "Motion to Dismiss Improperly Enhanced Through Designation as a Arm Career Criminal"(#17) (errors in the original) and Motion to Designate Medical Facility (#18) are **DENIED**.

      Signed: February 24, 2012

      Max O. Cogburn Jr.
      United States District Judge