## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:11cr336

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **ANTONIO MOSLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on defendant's *pro se* "Motion to Appeal Detention Order" (#22). Review of the pleadings reveals that defendant is being well represented by C. Melissa Owen, a very experienced lawyer. Such motion will, therefore, be denied as defendant is represented by counsel. L.Cr.R. 47.1(H)

Defendant is advised for a second time that such un-counseled filings may be detrimental to his legal interests and that any concerns he may have should be directed to his attorney.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* "Motion to Appeal Detention Order" (#22) is **DENIED**.

Signed: March 30, 2012

Max O. Cogburn Jr.
United States District Judge