## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:11cr336

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| ANTONIO MOSLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on defendant's *pro se* "Letter Regarding Denied Pro-se Motions" (#24) and "Letter Regarding Affidavit for Record" (#25).  Defendant  is again advised that he is being well represented by C. Melissa Owen, a very experienced lawyer and that ex parte correspondence with the court is prohibited . L.Cr.R. 47.1(H). Defendant is advised for a third time that such un-counseled filings may be detrimental to his legal interests, that any concerns he may have should be directed to his attorney, and that articles he may read in the newspaper concerning decisions of the Supreme Court can be discussed with his counsel.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* "Letter Regarding Denied Pro-se Motions" (#24) and "Letter Regarding Affidavit for Record" (#25), to the extent they seek relief, are **DENIED**.

Signed: April 13, 2012

Max O. Cogburn Jr.
United States District Judge