# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:11cr336

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **ANTONIO MOSLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

   **THIS MATTER** is before the court on defendant's *pro se*:

  (1) Motion for Inquiry of Counsel (#36);

  (2) Motion for fatico evidentiary hearing objection to PSI report (#37);

  (3) Motion for return of personal property (#38);

  (4) Motion in Limine (#39)

  (5) Motion for warrant and subpoena (#40); and

  (6) Motion for Miscellaneous Filing (#41)

Such motions will be summarily denied as defendant has counsel. L.Cr.R. 47.1(H). Defendant is advised that this is the fifth time the court has had to address his pro se pleadings and warn him that such filings are against his best legal interest. Defendant is cautioned that further abusive filings may well be considered on the issue of acceptance of responsibility at sentencing.

## ORDER

   **IT IS, THEREFORE, ORDERED** that defendant's *pro se* defendant's *pro se*:

  (1) Motion for Inquiry of Counsel (#36);

  (2) Motion for fatico evidentiary hearing objection to PSI report (#37);

(3) Motion for return of personal property (#38);

(4) Motion in Limine (#39)

(5) Motion for warrant and subpoena (#40); and

(6) Motion for Miscellaneous Filing (#41),

are **DENIED** in accordance with Local Criminal Rule 47.1(H).

Signed: June 18, 2012

*[signature]*

Max O. Cogburn Jr.
United States District Judge