**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cr336**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **ANTONIO MOSLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on defendant's *pro se* letter received June 15, 2012. While such correspondence with the court is not appropriate for the reasons previously stated, L.Cr.R. 47.1(H), the court notes that defendant states in that letter that he has resolved his differences with his counsel. The court commends defendant in such reconciliation as his attorney is a very experienced practitioner in this court. However, despite such resolution, defendant continues to ask for a copy of his "Discovery Motion." While such request is more appropriately made through counsel, the court has searched its docket and the only document which comes close to matching such request is the "Standard Discovery Order" (#10), which the court will have printed and sent to defendant as a courtesy and without cost.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* letter (#42) received June 15, 2012, is deemed to be a request for a copy of the Standard Discovery Order (#10), and the court directs that a copy of the Standard Discovery Order (#10) be sent to defendant via his attorney and without cost.

Counsel is directed to send a copy of this Order and a copy of the Standard Discovery

Order (#10) to her client.

Signed: June 18, 2012

Max O. Cogburn Jr.
United States District Judge