# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11cr336

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ANTONIO MOSLEY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's *pro se* letter filed October 4, 2012. Such correspondence with the court is, yet again, not appropriate for the reasons previously stated. L.Cr.R. 47.1(H). Defendant again takes issue with his counsel, discusses privileged medical information, demands production of documents by the court, and ends the letter with an unsupported allegeation that "Their Medical Department 'deliberate indifference' to my medical needs." Docket Entry (#53) (errors in the original), at 3. Further, defendant demands placement on a sentencing calendar. Review of the docket reveals that defendant has, however, been placed on the sentencing calendar for October 26, 2012. The court notes that this is defendant's 20th pro se pleading.

# ORDER

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* letter filed October 4, 2012, to the extent it seeks relief, is **DENIED** for the reasons herein stated as well as in accordance with Rule 47.1(H), L.Cr.R.

Signed: October 5, 2012

Max O. Cogburn Jr.
United States District Judge