# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11cr336

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ANTONIO MOSLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's *pro se* letter filed October 29, 2012, after continuance of a sentencing hearing. Such correspondence with the court is, yet again, not appropriate for the reasons previously stated. L.Cr.R. 47.1(H). The court notes that this is defendant's 21st pro se pleading while represented by counsel.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* letter filed October 29, 2012 (#55), to the extent it seeks relief, is **DENIED** for the reasons herein stated as well as in accordance with Rule 47.1(H), L.Cr.R.

Signed: November 7, 2012

Max O. Cogburn Jr.
United States District Judge

-1-